**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                  CASE NO. 6:98-CR-240-ORL-19DAB

FRANCISCO JAVIER SANCHEZ

_____

ORDER

This case was considered by the Court on Petition on Probation and Supervised Release (Doc. No. 143, filed November 18, 2004), Report and Recommendation of the United States Magistrate Judge (Doc. No. 151, filed March 21, 2005), and Order to Show Cause at Final Revocation Hearing (Doc. No. 153, filed March 24, 2005) at a hearing held April 21, 2005 attended by Defendant, counsel for Defendant and counsel for the Government.  Upon hearing the matters presented, it is **ORDERED:**

1.  The Report and Recommendation of the United States Magistrate Judge (Doc. No. 151) is **ADOPTED AND APPROVED,** there being no objection filed.

2.  The Petition on Probation and Supervised Release (Doc. No. 143) is **GRANTED,** and the Defendant's supervised release (Doc. Nos. 81 and 132 , filed March 24, 1999 and January 5, 2000, respectively) is **REVOKED.**

3.  Defendant shall be committed to the custody of the United States Bureau of Prisons to be incarcerated for a term of **3 months** to be served consecutively to his sentence in Case Number 6:04-CR-193-ORL-28JGG**.**  The Defendant shall be immediately **REMANDED** to the custody of the United States Marshal to await designation of a facility for service of this sentence.  The Court has considered that Defendant's commission of the

violation of his supervised release also was considered in the sentence imposed in Case Number 6:04-cr-193-ORL-28JGG.  The Government does not object to this sentence.

4. The Court has considered the factors enumerated in 18 United States Code Section 3553 including applicable advisory guidelines and policy statements issued by the U.S. Sentencing Commission in imposing this sentence.

4. In all other respects the Judgments in a Criminal Case (Doc. Nos. 81 and 132) remain in full force and effect.

5. Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of this Court in this case.

6. Defendant has been advised of his right to appeal.

**DONE AND ORDERED** at Orlando, Florida, this ___6th___ day of May, 2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation

United States Pretrial Services
Defendant